**STUBBS ALDERTON & MARKILES, LLP**
Jeffrey F. Gersh (SBN 87124)
*jgersh@stubbsalderton.com*
Celina Kirchner (SBN 293446)
*ckirchner@stubbsalderton.com*
15260 Ventura Blvd., 20th Floor
Sherman Oaks, California 91403
Telephone: (818) 444-4500
Facsimile: (818) 444-4520

Attorneys for Defendant SEED BEAUTY, LLC
a California limited liability company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| SHEREE COSMETICS LLC, | Case No. 2:19-cv-06537-JFW (MAAx) |
| Plaintiff, | [Hon. John F. Walter – Crtrm 7A] |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| KYLIE JENNER, KYLIE COSMETICS, LLC, KYLIE JENNER, INC., SEED BEAUTY, LLC, KING KYLIE HOLDINGS, LLC, | **F.R.C.P. 41(1)(A)(ii)** |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

# [PROPOSED] ORDER

Pursuant to the stipulation of Plaintiff SHEREE COSMETICS, LLC ("Sheree" and/or "Plaintiff") and Defendants KYLIE JENNER; KYLIE JENNER, INC.; KING KYLIE HOLDINGS, LLC; and SEED BEAUTY, LLC (collectively "Defendants"), the Court hereby Orders as follows: this matter is hereby dismissed with prejudice, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 30, 2019    _____

Hon. John F. Walter
United States District Judge